379 A.2d 592

Commonwealth v. Hynes, Appellant.

608

Submitted November 9, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.